# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>LORENZO MOISES GUTIERREZ-GONZALEZ,<br><br>                    Defendant. | CASE NO. 12CR2692-CAB<br><br>**JUDGMENT OF DISMISSAL** |

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal, without prejudice; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

__X__   of the offense(s) as charged in the Indictment/Information:

   21:952 and 960 - Importation of a Controlled Substance (Felony)

        IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 31, 2012

                                        _____
                                        DAVID H. BARTICK
                                        U.S. MAGISTRATE JUDGE